# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN BELL, | CASE NO. 14-CV-1767-H (MDD) |
| Plaintiff, | **JUDGMENT IN FAVOR OF DEFENDANTS** |
| vs. | |
| COUNTY OF SAN DIEGO; JAMES PETRUSE; NICHOLAS DOHMEN; JAMES SANTOS, JR.; and RYAN MURPHY, | |
| Defendants. | |

On October 7, 2015, this action came before the Court for a jury trial with the Honorable Marilyn L. Huff presiding. (Doc. No. 71.) The Plaintiff Tevin Bell appeared and was represented by his attorney Laurence F. Haines, Esq. Defendants James Petruse, Nicholas Dohmen, James Santos, Jr., and Ryan Murphy, appeared and were represented by Carra L. Rhamy, Senior Deputy County Counsel.

The issues have been tried, and on October 15, 2015, the jury rendered its unanimous verdict on the following questions:

1. Did James Petruse use excessive force against Tevin Bell in violation of the Fourth Amendment?

    **The Jury answered: No.**

14cv1767

3.    Did James Santos, Jr. use excessive force against Tevin Bell in violation of the Fourth Amendment?

**The Jury answered: No.**

5.    Did Ryan Murphy use excessive force against Tevin Bell in violation of the Fourth Amendment?

**The Jury answered: No.**

7.    Did Nicholas Dohmen use excessive force against Tevin Bell in violation of the Fourth Amendment?

**The Jury answered: No.**

(Doc. No. 88.)

The jury verdict was in Defendants' favor on all causes of action. In addition, the Court had previously granted Defendant County of San Diego's motion for summary judgment and dismissed the County as a Defendant in this action. (Doc. No. 36.)

Accordingly, pursuant to the jury's findings, the Court enters judgment in favor of Defendants on all causes of action. This judgment disposes of this action in its entirety as to all parties and all causes of action.

**IT IS SO ORDERED.**

DATED: October 23, 2015

_____

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT